PEOPLE EX REL. ELEANOR McDOWD v. WAYNE CIRCUIT JUDGE.

*Security for costs.*

Security for costs are not required by statute on appeals from summary proceedings before a circuit court commissioner.

MOTION for an order to show cause. Mrs. McDowd appealed from the order of a circuit court commissioner to the circuit court, and as the circuit judge fixed the security for costs required of the defendant, who is a non-resident, at only $25, she asks a mandamus to compel him to require full security. Submitted Oct. 7. Denied Oct. 8.

*James T. Keena* for the motion.

PER CURIAM. There is no statute requiring a circuit judge to exact security for costs in cases appealed from before a circuit court commissioner on summary proceedings. The statute only requires it in civil actions begun in the circuit court. It was therefore at most discretionary with the judge to call for any security, and his action cannot be reviewed.

Motion denied.